**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

IN RE:                                                                                               CASE NO. 17-10351

**TRUVAC INC.**

**DEBTOR**

**STATUS REPORT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

Comes Mark T. Miller, Trustee herein and for his response to the Order for status report and states as follows:

The Trustee has prepared motions to approve fees and costs and is in the process of preparing a TFR.

Dated: October 14, 2019                                      Respectfully submitted,

/s/ Mark T. Miller
Mark T. Miller, Trustee
300 ½ West Maple Street
Nicholasville, Kentucky 40356
(859) 887-1087
arthur100@windstream.net